UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIAM DEALMEIDA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 20-cv-11410-ADB |
| | * | |
| LIEUTENANT TUCKER, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

# **ORDER**

BURROUGHS, D.J.

*Pro se* plaintiff Mariam Dealmeida, an inmate in custody at MCI-Framingham, initiated this action by filing a Complaint on July 24, 2020. [ECF No. 1]. Because Dealmeida failed to pay the filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"), she was granted additional time to do so. [ECF No. 3].

On August 17, 2020, Dealmeida filed an Application with a copy of her prison account statement. [ECF Nos. 4, 5]. Because she failed to file signed and dated copies of her Complaint and Application, action on her Application was deferred. [ECF No. 6]. On September 2, 2020, the Court directed Dealmeida to file signed and dated copies of her Complaint and Application by September 30, 2020 and advised her that failure to timely comply would result in dismissal of this action. [Id.].

To date, Dealmeida has not responded to the Court's order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute her action and her failure to follow the Court's

orders.  Fed. R. Civ. P. 41(b).  Here, dismissal is appropriate because without Dealmeida's active participation, the Court cannot effect the advancement of the case to a resolution on the merits.

Accordingly, for the failure to comply with the Court's September 2, 2020 Order, [ECF No. 6], this action is hereby <u>DISMISSED</u> without prejudice.

**SO ORDERED.**

October 20, 2020                                                                 /s/ Allison D. Burroughs
                                                                                         ALLISON D. BURROUGHS
                                                                                         U.S. DISTRICT JUDGE